**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CHARLES WATSON,

      Plaintiff,

                                 CASE NO. 8:11-cv-00592-VMC-TBM

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

      Defendant.

_____/

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

     CHARLES WATSON (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant

to FRCP 41(a)(1)(i) (Dismissal of Actions - Voluntary Dismissal By Plaintiff Without Court

Order) voluntarily dismisses, with prejudice, PORTFOLIO RECOVERY ASSOCIATES, LLC

(Defendant), in this case.

                            RESPECTFULLY SUBMITTED,

                   By: <u>/s/ James D. Pacitti</u>
                      James D. Pacitti, Esq.
                      FBN: 119768
                      Krohn & Moss, Ltd
                      10474 Santa Monica Blvd, Suite 401
                      Los Angeles, CA 90025
                      Phone: (323) 988-2400 x 230
                      Fax: (866) 385-1408
                      <u>jpacitti@consumerlawcenter.com</u>

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2011, I electronically filed the foregoing Notice of

Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said

Notice was electronically submitted to Adrienne Rowberry, Attorney for Defendant.


s/ James D. Pacitti
James D. Pacitti, Esq.
Attorney for Plaintiff